# United States Bankruptcy Court
## District of Massachusetts

In re **Rowley Solar LLC**
                                Debtor(s)

Case No. 19-12419(FJB)
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Barbara Berkowitz<br>61 Pleasant Street<br>Newburyport, MA 01950 | LLC Membership | | member |
| Bonni Berkowitz<br>61 Pleasant Street, #1386<br>Newburyport, MA 01950 | LLC Membership | | member |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the a member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 7/13/19                Signature /s/ Bonni Berkowitz
                                        Bonni Berkowitz

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.