| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rowley Solar LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **19-12419** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $ Unknown

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................... $ Unknown

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ 1,422,632.06

4. **Total liabilities** .........................................................................................................................  $ 1,422,632.06
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name     **Rowley Solar LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **19-12419**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                              Current value of debtor's interest

### Part 2:     Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:     Investments

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:     Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.

Debtor **Rowley Solar LLC**  
Name

Case number *(If known)* **19-12419**

☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.  
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.  
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | Aircraft and accessories | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment)<br>Solar farm equipment assets (including inverter(s), transformers, solar panels, switches, wirings and conduits) | Unknown | | Unknown |

| 51. | **Total of Part 8.** | | **$0.00** |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**  
■ No  
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**  
■ No  
☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.  
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 2

| Debtor | Rowley Solar LLC | | Case number *(If known)* 19-12419 |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| | available. | | | | |
| 55.1. | 4.91 acres located on land off Wethersfield, Rowley, MA | Lease Agreement with Maven Revocable Trust | Unknown | N/A | Unknown |

56. **Total of Part 9.**     $0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property<br>Stormwater Management Permit by Town of Rowley to Debtor (recorded 10/30/18) | Unknown | | Unknown |
| Special Permit by Planning Board Town of Rowley to Maven Recovable Trust / Debtor (recorded 11/7/18) (listed to the extent of any interest of the Debtor) | Unknown | | Unknown |
| 65. Goodwill | | | |

66. **Total of Part 10.**     $0.00
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 3
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Rowley Solar LLC | Case number *(If known)* **19-12419** |
|---|---|---|
| | Name | |

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    |  |  | Current value of debtor's interest |
    |---|---|---|
    | 71. | **Notes receivable**<br>Description (include name of obligor) | |
    | 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
    | 73. | **Interests in insurance policies or annuities** | |
    | 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
    | 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
    | 76. | **Trusts, equitable or future interests in property** | |
    | 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Power Purchase Agreement with Rowley Municipal Light Plant (See Schedule G)** | Unknown |
    | | **Interconnection Service Agreement with Rowley Municipal Light Plant (See Schedule G)** | Unknown |
    | 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **Rowley Solar LLC**                                    Case number *(If known)* **19-12419**
        Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rowley Solar LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **19-12419** |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rowley Solar LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **19-12419** |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                               12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address<br>**Azad Legacy Partners, LLC**<br>**131 Hartwell Avenue**<br>**Lexington, MA 02421**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **FOR NOTICE PURPOSES: Recorded Notice of Contract with Invaleon re property leased to the Debtor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$328,000.00** |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Bonni Berkowitz**<br>**61 Pleasant Street**<br>**Newburyport, MA 01950**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Prepetition loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Consolidated Electricial Distributors, Inc., c/o John Wiora, Credit Manager**<br>**750 Cross Pointe Road, Suite R**<br>**Columbus, OH 43230**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **FOR NOTICE PURPOSES: Recorded Notice of Contract with Invaleon re property leased to the Debtor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$471,555.23** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Invaleon Technologies Corporation**<br>**26 Parkridge Road, Suite 1B**<br>**Haverhill, MA 01835**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **FOR NOTICE PURPOSES: Pending litigation filed against members of the Debtor including with respect to assets of the Debtor**<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$293,460.00** |

Debtor  **Rowley Solar LLC**                                                Case number (if known)  **19-12419**
         Name

| 3.5 | Nonpriority creditor's name and mailing address<br>Invaleon Technologies Corporation<br>26 Parkridge Road, Suite 1B<br>Haverhill, MA 01835<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **FOR NOTICE PURPOSES: Regarding breached / invalid Membership Interest Purchase Agreement  (the Debtor reserves all rights and disputes the validity of this agreement)**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
|---|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address<br>Maven Revocable Trust<br>61 Pleasant Street<br>#1386<br>Newburyport, MA 01950<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Lease to the Debtor**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.7 | Nonpriority creditor's name and mailing address<br>Rowley Conservation Commission<br>39 Central Street<br>Rowley, MA 01969<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **FOR NOTICE PURPOSES: Recorded Order of Conditions for property leased to the Debtor**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.8 | Nonpriority creditor's name and mailing address<br>Rowley Municipal Light Plant<br>47 Summer Street<br>P.O. Box 01969<br>Rowley, MA 01969<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Regarding Interconnection Service Agreement**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $127,760.00 |
| 3.9 | Nonpriority creditor's name and mailing address<br>Rowley Municipal Light Plant<br>47 Summer Street<br>P.O. Box 01969<br>Rowley, MA 01969<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Regarding Power Purchase Agreement**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $39,040.00 |
| 3.10 | Nonpriority creditor's name and mailing address<br>Sonepan Distribution New England, Inc.<br>60 Arsenal Street<br>Watertown, MA 02472<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **FOR NOTICE PURPOSES: Pending litigation filed against  Invaleon re property leased to the Debtor**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $92,396.83 |
| 3.11 | Nonpriority creditor's name and mailing address<br>Town of Rowley<br>139 Main Street<br>P.O. Box 275<br>Rowley, MA 01969<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Third party tech review**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $10,420.00 |

Debtor  **Rowley Solar LLC**                                              Case number (if known)  **19-12419**
         Name

| 3.12 | Nonpriority creditor's name and mailing address<br>**Town of Rowley<br>Board of Assessors<br>139 Main Street<br>Rowley, MA 01969**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **FOR NOTICE PURPOSES: Recorded Forestry Land Tax Lien for property leased to the Debtor**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address<br>**W.C. Cammett Engineering<br>297 Elm Street<br>Amesbury, MA 01913**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Engineering services**<br>Is the claim subject to offset? ■ No ☐ Yes | $10,000.00 |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|  | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Consolidated Electrical Distributors, Inc., c/o Phillips & Angley<br>One Washington Street, Suite 7A<br>Boston, MA 02108** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Invaleon Technologies Corporation<br>c/o Steve Parnagian, Esq.<br>Parnagian & Marinelli PC<br>28 Atlantic Ave, Suite 226<br>Boston, MA 02110** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Invaleon Technologies Corporation<br>c/o Jonathan Sales, Esq<br>P.O. Box 590057<br>Newton Center, MA 02459** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Massachusetts Department of Environmental Protection<br>One Winter Street<br>Boston, MA 02108** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Sonepan Distribution New England, Inc.<br>c/o Carlo Cellai, Esq.<br>150 Grossman Drive, Suite 201<br>Braintree, MA 02184** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Thomas Beatrice, Esq.<br>27 Congress Street<br>Suite 205-2<br>Salem, MA 01970** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 0.00 |

| Debtor | **Rowley Solar LLC** | Case number (if known) | **19-12419** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5b. Total claims from Part 2** | | 5b. + $ | **1,422,632.06** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. $ | **1,422,632.06** |

**Fill in this information to identify the case:**

Debtor name   **Rowley Solar LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **19-12419**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
| | State the term remaining | | Maven Revocable Trust
61 Pleasant Street
#1386
Newburyport, MA 01950 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Interconnection Service Agreement dated 9/21/17 (the Debtor reserves all rights with respect to the Invaleon transaction and subsequent interconnection service agreement of 1/3/18) | |
| | State the term remaining | | Rowley Municipal Light Plant
47 Summer Street
P.O. Box 01969
Rowley, MA 01969 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Power Purchase Agreement dated 1/3/18 (the Debtor reserves all rights with respect to the Invaleon transaction and subsequent power purchase agreement of 8/16/18) | |
| | State the term remaining | | Rowley Municipal Light Plant
47 Summer Street
P.O. Box 01969
Rowley, MA 01969 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Rowley Solar LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **19-12419**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Maven Revocable Trust | 61 Pleasant Street #1386 Newburyport, MA 01950 | Azad Legacy Partners, LLC | ☐ D ____ ■ E/F  3.1 ☐ G ____ |
| 2.2 | Maven Revocable Trust | 61 Pleasant Street #1386 Newburyport, MA 01950 | Consolidated Electricial Distributors, | ☐ D ____ ■ E/F  3.3 ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **Rowley Solar LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) 19-12419

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/31/19

X _____
Signature of individual signing on behalf of debtor

**Bonni Berkowitz**
Printed name

a Member
Position or relationship to debtor