UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In Re: ROWLEY SOLAR LLC,

                                              Case No. 19-12419 (FIB)
                                              Chapter      11

Debtor

**STIPULATION BETWEEN DEBTOR ROWLEY SOLAR, LLC AND SONEPAR DISTRIBUTION NEW ENGLAND, LLC DBA NORTHEAST ELECTRICAL DISTRIBUTORS IN LIEU OF OBJECTION TO THE MOTION TO APPROVE STIPULATION OF SETTLEMENT BETWEEN AND AMONG THE DEBTOR, INVALEON TECHNOLOGIES CORPORATION, BONNI BERKOWITZ AND BARBARA BERKOWITZ REGARDING CHAPTER 11 CASE (DOC. #51)**

The within Stipulation dated November 4, 2019 is by and between Rowley Solar, LLC (the "**Debtor**" or "**Rowley Solar**") and Sonepar Distribution New England, LLC d/b/a Northeast Electrical Distributors (hereinafter "**Sonepar**") and is submitted in lieu of any objection to the Motion to Approve Stipulation of Settlement Between and Among The Debtor, Invaleon Technologies Corporation, Bonni Berkowitz and Barbara Berkowitz Regarding Chapter 11 Case (the "**Settlement Agreement**").

WHEREAS, Sonepar claims to be owed, and are past due, significant monies for providing electrical materials and supplies to Invaleon Technologies Corporation ("**Invaleon**") as general contractor for the construction of a solar project (the "**Project**") located at 623 Wethersfield Road, Rowley, Massachusetts (the "**Premises**");

AND WHEREAS, the Premises is owned by Barbara A. Berkowitz, Trustee of the Maven Revocable Trust ("**Maven**");

AND WHEREAS, it has been represented to Sonepar that the Premises is subject to a purported lease between the Debtor and Maven, which Invaleon signed on behalf of the Debtor asserting Invaleon had owned the membership interests of the Debtor (the "**Lease**");

AND WHEREAS, Maven has asserted that the signature of Barbara Berkowitz as Trustee of Maven is invalid and that her signature was forged and her name is misspelled on the Lease;

AND WHEREAS, Sonepar had initiated litigation in the Middlesex Superior Court in an action styled Sonepar Distribution New England, LLC v. Invaleon Technologies Corporation, Rowley Solar, LLC and Barbara A. Berkowitz, Trustee of the Maven Revocable Trust, Middlesex Superior Court Action No. 19CV1570 (the "**State Litigation**") seeking to recover monies for the electrical materials and supplies that it provided to Invaleon Technologies Corporation for the project owned by Rowley Solar, LLC;

AND WHEREAS, during the State Litigation, on July 17, 2019, the Debtor filed for protection under Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Case**") and shortly thereafter the Debtor filed a Suggestion of Bankruptcy in the State Litigation;

AND WHEREAS on October 28, 2019, during the pendency of the Bankruptcy Case, the Debtor obtained an ORDER approving the sale procedures for the Debtor's primary assets to be sold free and clear of all liens and encumbrances, including all of the assets related to the Project together with a new lease for the Premises;

AND WHEREAS on October 28, 2019, Sonepar filed a Motion to Remove the Stay of the State Litigation to pursue the State Litigation against Invaleon but not to continue the action against the Debtor;

AND WHEREAS on September 20, 2019, the Debtor, Invaleon, the Berkowitzes and Maven filed a Settlement Agreement in the Bankruptcy Case, which provides, in part, that Sonepar shall be paid from the sale proceeds of the Project (the "**Sale Proceeds**"); and

AND WHEREAS, the Debtor and Sonepar enter into this Stipulation so that Sonepar will be paid in full for the amounts due Sonepar on Project as contemplated in the Settlement

Agreement from the Sale Proceeds earmarked for payment to Sonepar pursuant to the Sale Motion (defined below) filed in the Bankruptcy Case and any order entered thereon.

NOW, THEREFORE, the Debtor and Sonepar hereby agree as follows:

1. Sonepar will not object to or otherwise interfere with the sale of the assets of Rowley Solar, LLC including the Project that are being sold in the Bankruptcy Case pursuant to the pending Sale Motion dated October 11, 2019 (the "**Sale Motion**") and any lease executed pursuant thereto.

2. In consideration for not objecting or otherwise interfering with the sale of the Project including assets of Rowley Solar, Sonepar shall be paid in the amount not less than $109,538.81 (provided that the sale and payment to Sonepar occur on or before December 20, 2019) out of the Sale Proceeds from the sale of the assets of the Project that are being sold pursuant to any Bankruptcy Case Order.

3. If the amount to be paid out of the sale of assets of Rowley Solar that are being sold pursuant to the Sale Motion are in dispute, then the Debtor assents to this Court scheduling a hearing on an expedited basis to determine the amount to be paid to Sonepar out of the Sale Proceeds of the assets of Rowley Solar that are being sold pursuant in the Bankruptcy Case. In the event that the amount claimed by Sonepar becomes disputed then not less than $109,538.81 will be held from the sale proceeds of the assets of Rowley Solar pending an adjudication by the Bankruptcy Court or the Middlesex Superior Court

4. The payment of $109,538.81, or such amount as is adjudicated by the Bankruptcy Court or, if the Bankruptcy Court so defers, the Middlesex Superior Court in the State Litigation, shall be considered payment in full of the amounts due from and Invaleon Technologies Corporation and/or Rowley Solar only for the electrical materials and supplied that were supplied by Sonepar to Invaleon for the Project which Sonepar asserts is owned by Rowley Solar

3

on land leased by Invaleon, Rowley Solar or owned by Barbara A. Berkowitz, Trustee of the Maven Revocable Trust.

5. The resolution of this dispute between the Debtor and Sonepar shall only be a resolution of the amounts due for the Project and for any and all claims Sonepar may have against the Debtor, Maven, Invaleon and the Berkowitzes and any adjudication herein shall be without prejudice to any rights that Sonepar and/or Invaleon have on any other project(s), extensions of credit and/or provision of electrical materials and supplies unrelated to the Debtor, the Berkowitzes, Maven or the Bankruptcy Case.

6. An order on this Agreement shall be submitted to the Court for its approval and entry as a Court Order upon approval of the Sale Motion and to the extent applicable, to the Settlement Agreement.

7. Sonepar reserves the right to object to the Settlement Agreement at the November 19 hearing to the extent the Sale Agreement impedes or alters the Sale of the Project pursuant to the Sale Motion.

| The Creditor/Interested Party | The Debtor |
|---|---|
| **SONEPAR DISTRIBUTION NEW ENGLAND, INC. D/B/A NORTHEAST ELECTRICAL DISTRIBUTORS** | **ROWLEY SOLAR, LLC** |
| By Its Attorney, | By Its Attorneys, |
| */s/ Carlo Callai* | */s/ Alan L. Braunstein* |
| Carlo Cellai, Esq. (BBO # 558651) | Alan L. Braunstein, Esq. (BBO # 546042) |
| CELLAI LAW OFFICES, P.C. | RIEMER & BRAUNSTEIN, LLC |
| 150 Grossman Drive, Suite 201 | 100 Cambridge Street, 22nd Floor |
| Braintree, MA 02184 | Boston, Massachusetts 02114 |
| Tel: 617-367-2199 | Tel: 617-8803516 |

Dated: November 4, 2019

## CERTIFICATE OF SERVICE

    I, Alan L. Braunstein hereby certify that the foregoing document filed through the CM/ECF system, will be sent electronically to any registered participants as identified on the Notice of Electronic Filing on November 4, 2019.

                                                    /s/ Alan L. Braunstein
                                                    Alan L. Braunstein

2556678.1