UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In Re:  ROWLEY SOLAR LLC,

                               Case No. 19-12419 (FIB)
                               Chapter        11

      Debtor

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

      Please enter Carlo Cellai, Esq.'s appearance as counsel for **Sonepar Distribution New England, Inc. d/b/a Northeast Electrical Distributors**, a Creditor/Party In Interest, who requests that all notices given or required to be given in this case, and all papers served in this case be given to and served upon the undersigned at the office, address, and email set below:

                               Respectfully Submitted,

                               /s/ Carlo Cellai
                               _____
                               Carlo Cellai, Esq.  BBO 558651
                               Steven Sroczynski, Esq BBO 680387
                               **Cellai Law Offices, P.C.**
                               150 Grossman Drive Suite #201
                               Braintree, MA 02184
                               T: 617-367-2199
                               F: 781-356-0418
                               Carlo@CellaiLaw.com

Dated: November 6, 2019

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 6, 2019, he caused copies of the foregoing to be served by ECF upon all parties on the ECF service list.

/s/ Carlo Cellai, Esq.

Carlo Cellai, Esq. (BBO#558651)