United States Bankruptcy Court
District of Massachusetts

In re:                                                                    Case No. 19-12419-fjb
Rowley Solar LLC                                                          Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: jregan          Page 1 of 1          Date Rcvd: Jan 30, 2020
                             Form ID: pdf012         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db              +Rowley Solar LLC,    61 Pleasant Street, No. 1386,    Newburyport, MA 01950-1059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
          Alan L. Braunstein    on behalf of Debtor    Rowley Solar LLC abraunstein@riemerlaw.com,
          ahall@riemerlaw.com;ndailey@riemerlaw.com
          Carlo Cellai    on behalf of Creditor    Sonepar Distribution New England, d/b/a Northeast
          Electrical Distributors carlo@cellailaw.com,  cellai@comcast.net
          Christopher S. Tolley    on behalf of Interested Party    Consolidated Electrical Distributors,
          Inc. ctolley@phillips-angley.com,  moe@phillips-angley.com
          Harold Owen Beede    on behalf of Creditor    W.C. Cammett Engineering, Inc. hbeede@hdgpc.com,
          km@hdgpc.com
          Heather  Sprague    on behalf of Assistant U.S. Trustee John  Fitzgerald Heather.Sprague@usdoj.gov
          John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
          John G. Loughnane    on behalf of Interested Party    Invaleon Technologies Corporation
          jloughnane@nutter.com,  jryan@nutter.com
                                                                                          TOTAL: 7



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>ROWLEY SOLAR LLC,<br>　　　Debtor | Ch. 11<br>19-12419-FJB |

### Order

**MATTER:**

#129 Omnibus Objection to Certain Claims and Report on implementation of Stipulation of Settlement by Invaleon Technologies (Loughnane, John)

#135 Withdrawal of Claim(s): 13 with certificate of service filed by Creditor W.C. Cammett Engineering, Inc.. (Beede, Harold)

#136 Response filed by Creditor Town Of Rowley (Mullen, Thomas)

#137 Partial Response and Cross Request Re: 129 Objection to Claims filed by Creditor Sonepar Distribution New England, d/b/a Northeast Electrical Distributors (Cellai, Carlo)

#138 Affidavit of Counsel filed by Creditor Sonepar Distribution New England, d/b/a Northeast Electrical Distributors Re: 137 Partial Response and Cross Request (Cellai, Carlo)

The Court hereby rescheduled the hearing scheduled for February 11, 2020, at 11:30 A.M. to February 24, 2020, at 9:30 A.M.

By the Court,

*Frank J Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 1/30/2020