

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> ROWLEY SOLAR LLC, <br>     Debtor | Ch. 11 <br> 19-12419-FJB |

### Proceeding Memorandum and Order

**MATTER:**

Continued Telephonic Hearing:

#173 Motion filed by Assistant U.S. Trustee John Fitzgerald to Convert Case to Chapter 7 (Bradford, Eric)

#179 Response filed by Creditors Barbara Berkowitz, Bonnie Berkowitz (Feinman, Michael)

#181 Opposition filed by the Debtor Rowley Solar LLC (Braunstein, Alan)

#182 Response filed by Interested Party Invaleon Technologies Corporation (Loughnane, John)

**Decision set forth more fully as follows:**

Telephonic Hearing held on 5/19/2020. At the hearing, counsel to the United States Trustee requested that the motion to convert this case to one under chapter 7 be continued until such time as the objections to the Berkowitz parties claims are finally adjudicated. That request is hereby granted and this motion will be scheduled for further hearing at the time of the final hearing on those objections.

By the Court,

*Frank J Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 5/20/2020