# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| ROWLEY SOLAR LLC, ) | CHAPTER 11 |
| ) | CASE NO. 19-12419 - FJB |
| DEBTOR ) | |
| ) | |

## JOINT MOTION TO EXTEND DEADLINES

Creditors Barbara Berkowitz, Bonni Berkowitz, and Maven Revocable Trust (collectively, the "Berkowitzes") and Interested Party Invaleon Technologies Corporation ("ITC") jointly request that the Court extend the current discovery deadline by approximately 60 days to November 13, 2020. The movants also request the other deadlines in the Contested Matter Pre-Trial Order dated June 9, 2020 be extended correspondingly. As grounds for this motion, the movants state as follows:

1.  ITC and the Berkowitzes, through counsel, on July 23, 2020, participated in an off the record conference concerning a discovery dispute with respect to the deposition of Richard Volkin. During that conference, the Court and the parties discussed the possibility of mediation between ITC and the Berkowitzes.

2.  There was also discussion of a joint request to extend the discovery deadline, currently set for September 11, 2020.

3.  Since that conference, counsel for ITC and counsel for the Berkowitzes have discussed possible mediation and taken steps to enter mediation, including communications between counsel for ITC and one of the mediators suggested by the Court.

4. Considering the movants efforts to settle their dispute through mediation, movants request that the Court extend all current Contested Matter Pre-Trial Order deadlines by at least 60 days.

5. The requested extension is the movants' first extension request, will prejudice no party, and is in the interests of judicial economy.

WHEREFORE, the movants ask that the Court adjust the Contested Matter Pre-Trial Order deadlines as follows:

| Event | Current Date | Requested Date |
| --- | --- | --- |
| Discovery completed | 9/11/2020 | 11/13/2020 or later |
| Parties to file Joint Pre-Trial Memo | 10/13/2020 | 12/11/2020 or later |
| Evidentiary hearing | 11/4/2020 | 1/11/2021 or thereafter at the Court's convenience |

Respectfully submitted,

Bonni Berkowitz, Barbara Berkowitz, and Maven Revocable Trust,

Invaleon Technologies Corporation,

By their attorney,

By its attorneys,

/s/ Michael B. Feinman
Michael B. Feinman (BBO #545935)
Feinman Law Offices
69 Park Street
Andover, MA 01810
Tel: 978-475-0080
Fax: 978-475-0852
Email: mbf@feinmanlaw.com

/s/ John G. Loughnane
John G. Loughnane (BBO #557599)
jloughnane@nutter.com
Joseph T. Toomey (BBO #682675)
Nutter McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: July 28, 2020

## Certificate of Service

I certify that on July 28, 2020, I electronically filed the foregoing using the CM/ECF system, which will send electronic mail notification to all registered participants.

/s/ John G. Loughnane
John G. Loughnane

4882985.1